UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| SIERRA CLUB, | |
|         PLAINTIFF, | |
| v. | CIVIL ACTION NO. 5:09-cv-144 |
| EAST KENTUCKY POWER COOPERATIVE, INC., | |
|         DEFENDANT. | |

## JOINT MOTION FOR STAY

Defendant East Kentucky Power Cooperative, Inc. ("EKPC") and Plaintiff Sierra Club, by counsel, move the Court for an order staying the proceedings in the above matter pending a final unappealable decision on EKPC's "Updated Section 112(g) Evaluation – CFB # 4; Hugh L. Spurlock Generating Station" submitted to the Kentucky Division for Air Quality by letter dated May 27, 2009. The grounds for this motion are set forth in the accompanying Memorandum in Support. A proposed order granting this motion has been tendered herewith.

Respectfully Submitted,

/s/Carolyn M. Brown
_____

| | |
|---|---|
| OF COUNSEL:<br><br>David A. Smart<br>FROST BROWN TODD LLC<br>Lexington Financial Center<br>250 West Main, Suite 2800<br>Lexington, Kentucky 40507<br>Telephone: (859) 244-3237<br>Facsimile: (859) 231-0011<br>Email: dsmart@fbtlaw.com | Carolyn M. Brown<br>Jennifer C. Artiss<br>GREENBAUM DOLL & MCDONALD PLLC<br>300 West Vine Street, Suite 1100<br>Lexington, Kentucky 40507<br>Telephone: (859) 231-8500<br>Facsimile: (859) 255-2742<br>Email:   cmb@gdm.com<br>             jca2@gdm.com<br><br>John M. Holloway III (admitted *pro hac vice*)<br>Harry M. Johnson III (admitted *pro hac vice*)<br>HUNTON & WILLIAMS LLP<br>951 E. Byrd St.<br>Richmond, VA 23219<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218<br>Email: jayholloway@hunton.com<br>           pjohnson@hunton.com<br><br>COUNSEL FOR DEFENDANT |

/s/Robert Ukeiley (w/ permission)
_____
Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, Kentucky 40403
Telephone:  (859) 986-5402
Facsimile:  (866) 618-1017
Email:   rukeiley@igc.org

David C. Bender (admitted *pro hac vice*)
McGillivray Westerberg & Bender LLC
305 S. Paterson Street
Madison, WI 53703
Telephone:  (608) 310-3560
Facsimile:  (608) 310-3561
Email:   bender@mwbattorneys.com

COUNSEL FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- Robert Ukeiley
  rukeiley@igc.org

- David C. Bender
  bender@mwbattorneys.com

>  /s/ Carolyn M. Brown
>  Carolyn M. Brown
>  Jennifer C. Artiss
>  Greenbaum Doll & McDonald PLLC
>  300 West Vine Street, Suite 1100
>  Lexington, Kentucky 40507
>  Telephone: (859) 231-8500
>  Facsimile: (859) 255-2742
>  Email: cmb@gdm.com
>
>  COUNSEL FOR DEFENDANT

3439778.1