IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| **SIERRA CLUB** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:09-cv-144-JMH |
| | ) |
| | ) |
| **EAST KENTUCKY POWER** | ) |
| **COOPERATIVE, INC.,** | ) |
| | ) |
| Defendant | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated that this action by plaintiff Sierra Club be dismissed as to defendant East Kentucky Power Cooperative, Inc. The parties have stipulated that the dismissal shall be with prejudice and that each side will bear its own costs of litigation including costs.

However, the Parties request that the Court wait 45 days until entering this dismissal on the docket. This case is a Clean Air Act citizen suit. The Clean Air Act provides that consent judgments shall not be entered until 45 days after the Attorney General and the Administrator of the United States Environmental Protection Agency receive a copy of the proposed consent judgment. 42 U.S.C. § 7604(c)(3). The U.S. Department of Justice interprets this provision as applying

to stipulations of dismissal.  The parties have provided counsel for the Attorney General and the Environmental Protection Agency Administrator with a copy of this stipulation of dismissal today.  Therefore, the Parties request that the Court enter this dismissal on the docket 45 days from today.

        Respectfully submitted,

 /s Robert Ukeiley
_____
Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
Email: rukeiley@igc.org

COUNSEL FOR PLAINTIFF
SIERRA CLUB

OF COUNSEL:

David A. Smart
FROST BROWN TODD LLC
Lexington Financial Center
250 West Main, Suite 2800
Lexington, Kentucky 40507
Telephone: (859) 244-3237
Facsimile: (859) 231-0011
Email: dsmart@fbtlaw.com

/s/ Carolyn M. Brown (w/permission)
Carolyn M. Brown
Jennifer C. Cave
GREENEBAUM DOLL & MCDONALD PLLC
300 West Vine Street, Suite 1100
Lexington, Kentucky  40507
Telephone: (859) 231-8500
Facsimile: (859) 255-2742
Email:   cmb@gdm.com
            jca2@gdm.com

Harry M. Johnson III (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, VA  23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

–3–

                                 Email: pjohnson@hunton.com

                                 COUNSEL FOR DEFENDANT
                                 EAST KENTUCKY POWER
                                 COOPERATIVE, INC.

Dated: December 13, 2010

CERTIFICATE OF SERVICE

I certify that I had a copy of the above served on the following by the Court's ECF system on December 13, 2010:

Carolyn M. Brown
Jennifer C. Cave
GREENEBAUM DOLL & MCDONALD PLLC
300 West Vine Street, Suite 1100
Lexington, Kentucky  40507
Telephone: (859) 231-8500
Facsimile: (859) 255-2742
Email:   cmb@gdm.com
         jca2@gdm.com

Harry M. Johnson III (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, VA  23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: pjohnson@hunton.com

/s Robert Ukeiley
_____
Robert Ukeiley